# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DICKMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-02243-JCM-NJK<br><br>**Order**<br><br>[Docket No. 21] |

Plaintiffs filed a notice of Rule 26(f) conference. Docket No. 21. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-7; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1