1  S. BRENT VOGEL
   Nevada Bar No. 6858
2  Brent.Vogel@lewisbrisbois.com
   Ethan Featherstone
3  Nevada Bar No. 11566
   Ethan.Featherstone@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Tel.: 702.893.3383
6  Fax: 702.893.3789
   *Attorneys for Defendant Wellpath, LLC*
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 | RICHARD DICKMAN, individually, and with RICHARD JOHNSON, as Special Co-Administrators of the Estate of JASON RICHARD DICKMAN, | Case No.: 2:21-cv-02243-JCM-NJK
11 |
12 |                                      | **MOTION TO REMOVE ATTORNEY MELANIE L. THOMAS FROM SERVICE LIST**
13 |      Plaintiff,
   | vs.
14 |
   | CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; OFFICER J. NEVILLE; LIEUTENANT KIMBERLY MCMAHON DOES 1-10, in their individual capacities
15 |
16 |
17 |
   |      Defendants.
18 |

19      Defendant Wellpath, LLC, by and through his counsel of record Melanie L. Thomas, of the

20 law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that she be

21 removed from the CM/ECF service list for the above-captioned case. Defendant Wellpath, LLC.

22 Ethan Featherstone, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP has been

23 added in place of Melanie L. Thomas.

24 ///

25 ///

26 ///

27 ///

28 ///

4857-0124-2175.1

DATED this 21st day of November, 2022.

                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

By    */s/ Ethan Featherstone*
S. BRENT VOGEL
Nevada Bar No. 6858
ETHAN FEATHERSTONE
Nevada Bar No. 11566
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
*Attorneys for Defendants Wellpath, LLC.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2022