**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD and Ofc. Neville

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DICKMAN, individually and with RICHARD JOHNSON, as Special Co-Administrators of the Estate of JASON RICHARD DICKMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC, OFFICER J. NEVILLE; LIEUTENANT KIMBERLY MCMAHON and DOES 1-10, in their individual capacities,<br><br>Defendants. | Case Number: 2:21-cv-02243-JCM-NJK |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER J. NEVILLE AND LIEUTENANT KIMBERLY MCMAHON *ONLY*

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department, Officer J. Neville and Lt. Kimberly McMahon[1] ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach; Plaintiff Richard Dickman, by and through his attorney of record, Ian Samson, Esq. of Panish Shea Boyle Ravipudi LLP; Defendant Wellpath, LLC, by and through their attorney of record, S. Brent Vogel, Esq. of Lewis Brisbois Bisgaard & Smith; and Defendant Clark County, by and through their attorney of record, Joel K. Browning, Esq. Deputy District Attorney, that the LVMPD Defendants *only* be dismissed with prejudice; and

---
[1] Lt. Kimberly McMahon was never served and never an official party to the lawsuit.

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this ____ day of March, 2023.

| MARQUIS AURBACH | PANISH SHEA BOYLE RAVIPUDI LLP |
|---|---|
| By: s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants LVMPD, Neville and McMahon | By: [signature]<br>Ian Samson, Esq.<br>Nevada Bar No. 15089<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Attorney for Plaintiff |
| LEWIS BRISBOIS BISGAARD & SMITH | CLARK COUNTY CIVIL DIVISION |
| By: s/S. Brent Vogel<br>S. Brent Vogel, Esq.<br>Nevada Bar No. 6858<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Attorney for Defendant Wellpath, LLC | By: s/Joel K. Browning<br>Joel K. Browning, Esq.<br>Deputy District Attorney<br>Nevada Bar No. 14489<br>500 S. Grand Central Pkwy., #5075<br>Las Vegas, Nevada 89155<br>Attorney for Defendant Clark County |

## ORDER

IT IS HEREBY ORDERED Defendants Las Vegas Metropolitan Police Department, Officer J. Neville and Lt. Kimberly McMahon *only* be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

DATED March 16, 2023.

[signature]
United States District Court Judge

MAC:14687-394 4987958_1 3/2/2023 3:28 PM