1  S. BRENT VOGEL
   Nevada Bar No. 6858
2  Brent.Vogel@lewisbrisbois.com
   ETHAN M. FEATHERSTONE
3  Nevada Bar No. 11566
   Ethan.Featherstone@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Tel.: 702.893.3383
6  Fax: 702.893.3789
   *Attorneys for Defendant Wellpath, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DICKMAN, individually, and with RICHARD JOHNSON, as Special Co-Administrators of the Estate of JASON RICHARD DICKMAN, | Case No.:   2:21-cv-02243-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLPATH, LLC** |
| vs. | |
| CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; OFFICER J. NEVILLE; DOES 1-10, in their individual capacities | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between all Plaintiffs and Defendant Wellpath, LLC, through their respective counsel, that this action shall be dismissed in its entirety, with

///
///
///
///
///
///
///
///

92029090.1

prejudice, each party to bear his/its own costs and attorney's fees.

Dated this 16th day of March, 2023

PETER GOLDSTEIN LAW CORP

By  /s/ *Peter Goldstein*
PETER GOLDSTEIN
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145


-and-

RAHUL RAVIPUDI
IAN SAMSON
ADAM ELLIS
PANISH | SHEA | BOYLE | RAVIPUDI LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

Dated this 16th day of March, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *Ethan M. Featherstone*
S. BRENT VOGEL
Nevada Bar No. 6858
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
*Attorneys for Defendants Wellpath, LLC*

**ORDER**

IT SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 20, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023, a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLPATH, LLC** was served through the Court's CM/ECF Program, on the following:

Craig R. Anderson, Esq.
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
*Attorneys for Defendants LVMPD and Officer Neville*

Peter Goldstein
PETER GOLDSTEIN LAW CORP.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
peter@petergoldsteinlaw.com

-and-

RAHUL RAVIPUDI
ravipudi@psblaw.com
IAN SAMSON
samson@psblaw.com
ADAM ELLIS
ellis@psblaw.com
PANISH | SHEA | BOYLE | RAVIPUDI LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

/s/ *Gaylene Kim-Mistrille*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

92029090.1

3